**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| VICTOR HUGO RAMOS JACOME, | No. 5:26-cv-02149-MRA-BFM |
| Petitioner, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| DAVID MARIN, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Petition is granted as to Petitioner's OSUP revocation claim.

3. Petitioner's prolonged detention and third-country removal claims are dismissed without prejudice in light of the relief granted on the OSUP revocation claim.

4. Petitioner Victor Hugo Ramos Jacome, A# 215-715-465, shall be immediately released on the parole conditions previously imposed.

5.    Respondents shall file a status report within two court days of this Order confirming their compliance with this Order.

6.    Judgment shall be entered consistent with this Order upon receipt of Respondents' status report.

7.    The Court Clerk shall serve this Order on all counsel or parties of record.

DATED:  June 2, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2