JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

VICTOR HUGO RAMOS JACOME,
Petitioner,
v.
DAVID MARIN, et al.,
Respondents.

No. 5:26-cv-02149-MRA-BFM

**JUDGMENT**

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation (ECF 32), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the First Amended Petition (ECF 25) is granted as to Petitioner's OSUP revocation claim. Respondents report that Petitioner has been released from Respondents' custody. (ECF 33 at 2.) The Court therefore directs the Clerk of Court to close this case.

DATED: July 31, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE